**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Supreme Court

**Lamar A. Graves, Petitioner,**

**v.**

**State of South Carolina, Respondent.**

Appellate Case No. 2010-168758

-------

Appeal From Spartanburg County
J. Mark Hayes, II, Circuit Court Judge

-------

Memorandum Opinion No. 2012-MO-048
Submitted October 1, 2012 – Filed November 21, 2012

-------

## DISMISSED AS IMPROVIDENTLY GRANTED

-------

Appellate Defender Robert M. Pachak, of South Carolina Commission on Indigent Defense, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Suzanne Hollifield White, all of Columbia, for Respondent.

-------

**PER CURIAM:** We granted a writ of certiorari to review the post-conviction relief court's decision in *Lamar A. Graves, #313160 v. State of South Carolina*, 2009-CP-42-3439 (7th Judicial Cir. July 28, 2010). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**